

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 5, 2023

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Application granted. The initial conference is hereby adjourned until August 9, 2023 at 2:00 p.m. The parties' joint letter and case management plan shall be due one week in advance of the conference.

SO ORDERED.

Hon. Ronnie Abrams
7/5/2023

Re:   *Abdul Hassan v. Garland, et al.*, No. 23 Civ. 3287 (RA)

Dear Judge Abrams:

    This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to schedule a naturalization interview in connection with his application for naturalization (Form N-400). On behalf of the government, I write respectfully to request that the initial conference presently scheduled for July 7, 2023, be adjourned until on or after August 4, 2023.

    The adjournment is respectfully requested because the plaintiff served this Office by mail on May 26, 2023, and thus the response to the complaint is not due until July 28, 2023. *See* Fed. R. Civ. P. 12(a)(2), 6(d). The government is still determining the status of the plaintiff's application. The parties thus respectfully submit that an adjournment until August 4, 2023, (*i.e.*, the Friday of the week following the current due date for the government's response to the complaint) or thereafter would be in the interests of efficiency and conservation of judicial and party resources. This is the first request to adjourn the initial conference. The plaintiff consents to this request.

    I thank the Court for its consideration of this letter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   *s/ Leslie A. Ramirez-Fisher*
    LESLIE A. RAMIREZ-FISHER
    Assistant United States Attorney
    Telephone: (212) 637-0378
    Facsimile: (212) 637-2750
    E-mail: leslie.ramirez-fisher@usdoj.gov

cc:  Counsel of record (via ECF)